## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RICHARD THOMPSON, | : | |
| | : | Civil Action No. 13-4334 (JAP) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CHARLES WARREN, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Before the Court is a Motion for an Advisory Opinion brought by Plaintiff Richard Thompson, *pro se* ("Plaintiff").   In this Motion, Plaintiff requests an opinion advising Plaintiff how to effectuate service of certain named defendants.   Federal courts, however, do not have jurisdiction to issue an advisory opinion, and therefore are prohibited from doing so.   *See Michigan v. Long*, 463 U.S. 1032, 1041–42, (1983); *Toll Bros., Inc. v. Twp. of Readington*, 555 F.3d 131, 137 (3d Cir. 2009).

**THEREFORE, IT IS** on this 2nd day of October, 2014,

**ORDERED** Plaintiff's Motion for an Advisory Opinion [ECF No. 39] is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular mail.

  /s/ Joel A. Pisano  
JOEL A. PISANO  
United States District Judge